THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAILY CREDIT SERVICE CORPORATION, Respondent, v. MITCHELL MAY, as Secretary of State of New York, Appellant.

*People ex rel. Daily Service Corpn.* v. *May*, 162 App. Div. 215, affirmed.
(Argued June 5, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1914, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to receive and file a proposed amended certificate of incorporation and granted said motion.

*Thomas Carmody, Attorney-General (Wilber W. Chambers* of counsel), for appellant.

*Samuel S. Koenig* and *Oliver L. Goldsmith* for respondent.

Order affirmed, with costs, on opinion of WOODWARD, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES INGERSOLL, Appellant, v. ISAAC E. SMITH et al., Constituting the Board of Trustees of the Village of St. Johnsville, et al., Respondents.

*People ex rel. Ingersoll* v. *Smith*, 158 App. Div. 894, affirmed.
(Argued June 5, 1914; decided June·18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

36

July 17, 1913, which confirmed, on certiorari, the proceedings of the board of trustees of the village of St Johnsville in narrowing a street in said village.

*Edward R. Hall* for appellant.

*George C. Butler* for trustees of village of St. Johnsville, respondents.

*Joseph L. Moore* for Union Mills, respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

---

MAY WESSEL, Respondent, *v.* ALBERT J. SCHWARZLER, Appellant.

Reported below, 162 App. Div. 909.
(Submitted June 15 1914; decided June 18, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for alleged breach of promise of marriage.

The motion was made upon the ground that the appeal was frivolous and without merit.

*Julius Henry Cohen* and *Theodore B. Richter* for motion.

*Max D. Steuer* and *Edward J. Krug, Jr.*, opposed.

Motion denied, with ten dollars costs.